COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-05-325-CV

 

                                                                                                        

CHARLES HENRY MYERS                                                      APPELLANT

 

                                                   V.

 

THE HONORABLE BARBARA FERRELL                                       APPELLEE

 

                                              ------------

 

         FROM
COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

 

                                              ------------

 

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

 

                                              ------------

On September 9, 2005 and September
22, 2005, we notified appellant, in accordance with rule of appellate procedure
42.3(c), that we would dismiss this appeal unless the $125 filing fee was
paid.  See Tex. R. App. P. 42.3(c).  Appellant has not paid the $125 filing
fee.  See Tex. R. App. P. 5, 12.1(b).








Because appellant has failed
to comply with a requirement of the rules of appellate procedure and the Texas
Supreme Court's order of July 21, 1998,[2]
we dismiss the appeal.  See Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs
of this appeal, for which let execution issue.  See Tex. R. App. P. 43.4.

 

PER CURIAM

 

PANEL
D: WALKER, J.; CAYCE, C.J.; and MCCOY, J.

 

DELIVERED:
October 13, 2005











[1]See Tex. R. App. P. 47.4.





[2]July
21, 1998 AOrder
Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of
Appeals,@
971-972 S.W.2d (Tex. Cases) XXXVIII (1998).